UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>            Plaintiff,<br><br>       v.<br><br>SIMI VALLEY POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 2:21-cv-09442-JVS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING PLAINTIFF'S MOTIONS/ REQUESTS |

    The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendations of the Magistrate Judge reflected in the May 19, 2022 Order (Docket No. 34) and the July 8, 2022 Report and Recommendation, and overrules Plaintiff's Objections thereto.

    IT IS HEREBY ORDERED that (1) Plaintiff's Proposed Order to Show Cause for a Preliminary Injunction and Supplemental Proposed Order to Show Cause for a Preliminary Injunction (Docket Nos. 33, 35) are denied; (2) Plaintiff's Motion for Preliminary Declaratory Judgment and Request for Writ of Mandamus are denied (Docket Nos. 39, 40); (3) the Complaint and this action are dismissed without leave to amend; and (4) Judgment shall be entered accordingly.

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff.

IT IS SO ORDERED.

DATED: 8/10/22

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2