JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUSTIN MARCUS ZINMAN,

                    Plaintiff,

        v.

SIMI VALLEY POLICE
DEPARTMENT, et al.,

                    Defendants.

Case No. 2:21-cv-09442-JVS-JC

JUDGMENT

    Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered dismissing the Complaint and
this action without leave to amend.

    IT IS SO ADJUDGED.

DATED: 8/10/22

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE